# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     James M. Woodard | :     Chapter 13 |
| | :     Case No.: 24-10269-amc |
|     Debtor(s) | : |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** this _____ day of _____, 2024, upon consideration of the Motion for Authority to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that Debtor are granted permission to sell the real property located at 5214 Jefferson Street, Philadelphia PA 19131 ("Property"),  for the sale price of $60,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of March 20, 2024, to the buyer(s) thereunder, The Covenant Real Estate Investment Group, LLC ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The title clerk shall pay to Scott F. Waterman, Chapter 13 Standing Trustee, Debtor's portion of the sale proceeds, which are estimated to be $30,000.

Within 7 days of closing, a copy of the HUD settlement sheet will be forwarded to the trustee's office.

The title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Debtor shall not be permitted to voluntarily dismiss this case; he/she may, however, convert this case to one under Chapter 7.  In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

Within 14 days of closing, Debtor shall file an amended plan reflecting the sale of the property and allocating the sale proceeds to the benefit of unsecured creditors.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

                                                              **BY THE COURT**

                                                             _____

                                                            **HONORABLE ASHELY M. CHAN**
                                                            **UNITED STATES BANKRUPTCY JUDGE**